```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Margaret Foley

    v.         Civil No. 14-cv-63-LM

Buckley's Great Steaks, Inc.


<u>ORDER</u>

On April 28, 2014, an Amended Complaint was filed as of right. Therefore, in accordance with LR 15.1(c), the pending Motion to Dismiss for Failure to State a Claim is denied without prejudice. The defendant shall respond to the Amended Complaint as may be appropriate under Fed. R. Civ. P. 12, within the time allowed under Fed. R. Civ. P. 15(a).


SO ORDERED.

                _____
                Landya B. McCafferty
                United States District Judge

Date: April 29, 2014

cc: Counsel of Record